DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DOUGLAS OBERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-512 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | ARRAIGNMENT FOR DEFENDANT DOUGLAS |
| v. ) | OBERMAN |
| ) | |
| WESLEY OBERMAM, and ) | |
| DOUGLAS OBERMAN, ) | Date: January 9, 2007 |
| ) | Time: 2:00 p.m. |
| Defendants. ) | Judge: Hon. Gregory G. Hollows |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Matthew C. Bockmon, attorney for defendant DOUGLAS OBERMAN that the arraignment on the Indictment, currently set for January 8, 2007, be put over one day, until January 9, 2007, at 2:00 p.m.

//

//

//

```
Dated: January 5, 2007
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Matthew C. Bockmon
                                   _____
                                   MATTHEW C. BOCKMON
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   DOUGLAS OBERMAN


Dated: January 5, 2007

                                   MCGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Matthew C. Bockmon for
                                   _____
                                   JASON HITT
                                   Assistant U.S. Attorney
                                   per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated: 1/5/07

```
                                   /s/ Gregory G. Hollows
                                   _____
                                   GREGORY G. HOLLOWS
                                   United States Magistrate Judge
```
oberman.ord