1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    DOUGLAS OBERMAN

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,        )
                                      )  NO. CR-S-06-512 DFL
13                  Plaintiff,        )
                                      )
14        v.                          )  WAIVER OF DEFENDANT'S PRESENCE
                                      )
15   WESLEY OBERMAN and               )
     DOUGLAS OBERMAN,                 )
16                                    )
                    Defendants.       )
17                                    )
     _____ )
18

19        Pursuant to Rule 43 of the Federal Rules of Criminal Procedure,

20   the defendant, DOUGLAS OBERMAN, hereby waives the right to be present

21   in person in open court upon the hearing of any motion or other

22   proceeding in this case, including, but not limited to, when the case

23   is set for trial, when a continuance is ordered, and when any other

24   action is taken by the court before or after trial, except upon

25   arraignment, plea, impanelment of jury and imposition of sentence.

26   Defendant hereby requests the Court to proceed during every absence of

27   his which the Court may permit pursuant to this waiver; agrees that his

28   interests will be deemed represented at all times by the presence of

1  his attorney, the same as if defendant were personally present; and

2  further agrees to be present in court ready for trial any day and hour

3  the Court may fix in his absence.

4      Defendant further acknowledges that he has been informed of his

5  rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and

6  authorizes his attorney to set times and delays under that Act without

7  defendant being present.

8  DATED: December 26, 2006

9
10                                  /s/ Douglas Oberman
                                    _____
11                                  DOUGLAS OBERMAN

12
13     I concur in Mr. Oberman's decision to waive his presence at future

   proceedings.
14
15  Dated:  December 26, 2006      Respectfully submitted,

16                                  DANIEL J. BRODERICK
                                    Federal Defender

17

18                                    /s/ Matthew C. Bockmon
                                    MATTHEW C. BOCKMON
19                                  Assistant Federal Defender
                                    Attorney for Defendant
20                                  DOUGLAS OBERMAN

21

22

23  IT IS SO ORDERED.

24  Dated:  January 10, 2007

25                                  /s/ David F. Levi
                                    DAVID F. LEVI
26                                  United States District Judge

27

28

Waiver of Defendant's Presence          2