DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700           **OK/HAV**

Attorney for Defendant
DOUGLAS OBERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-512 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | Date:  March 22, 2007 |
| WESLEY OBERMAM, and ) | Time:  10:00 a.m. |
| DOUGLAS OBERMAN, ) | Judge: The Hon. David F. Levi |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, Hayes H. Gable, attorney for defendant WESLEY OBERMAN, and Matthew C. Bockmon, attorney for defendant DOUGLAS OBERMAN, that the current Status Conference date of February 8, 2007, be vacated, and that a new Status Conference date of March 22, 2007, at 10:00 a.m. be set. This continuance is necessary due to on-going defense investigation and plea negotiations.

   IT IS FURTHER STIPULATED that the period from February 8, 2007 through and including March 22, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and to give defense counsel reasonable time to prepare.

```
Dated: February 6, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DOUGLAS OBERMAN


Dated: February 6, 2007          /s/ Hayes H. Gable
                                 HAYES H. GABLE
                                 Attorney at Law
                                 Attorney for Defendant
                                 WESLEY OBERMAN



Dated: February 6, 2007          MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Matthew C. Bockmon for
                                 _____
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 per telephonic authority
```

O R D E R

IT IS SO ORDERED.

Dated: 02/07/2007_____

                    /s/ David F. Levi
                    DAVID F. LEVI
                    United States District Judge

Stip & Order                                            2