HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331

**OK/HAV**

Attorney for Defendant
WESLEY OBERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR.S-06-512 DFL |
| Plaintiff, | **AMENDED STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| WESLEY OBERMAN and DOUGLAS OBERMAN | |
| Defendants. | Judge: Hon. David F. Levi |

-o0o-

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendants Wesley Oberman and Douglas Oberman., by and through their respective counsel, Hayes H. Gable, III, and Matthew Bockman agree and stipulate to vacate the existing status conference in the above-captioned action, March 22, 2007, and to continue the matter to May 10, 2007, at 10:00 a.m. for status conference.

The reason for this request is that the defense is still receiving and reviewing discovery. The parties further agree and stipulate that the period for the filing of this stipulation until May 10, 2007, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. It is

further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Counsel for the government has authorized the execution of this stipulation on his behalf. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: March 16, 2007                    /s/Hayes H. Gable, III
                                         HAYES H. GABLE III
                                         Attorney for Defendant
                                         WESLEY OBERMAN

Dated: March 16, 2007                    DANIEL BRODERICK
                                         Federal Defender

                               By:       /s/Hayes H. Gable, III for
                                         MATTHEW BOCKMAN
                                         Assistant Federal Defender

Dated: March 16, 2007                    MCGREGOR W. SCOTT
                                         United States Attorney

                               By:       /s/Hayes H. Gable, III for
                                         JASON HITT
                                         Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March  16, 2007                   /s/ David F. Levi
                                         DAVID F. LEVI
                                         Chief U.S. District Court Judge