```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DOUGLAS OBERMAN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-512 DFL (EFB) |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO MODIFY |
| ) | CONDITIONS OF RELEASE PURSUANT TO |
| v. ) | 18 U.S.C. § 3145(a) |
| ) | |
| WESLEY OBERMAM, and ) | |
| DOUGLAS OBERMAN, ) | JUDGE:  Hon. Edmund F. Brennan |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW C. BOCKMON, Assistant Federal Defender, attorney for defendant DOUGLAS OBERMAN, that the conditions of pretrial release set in this case on December 19, 2006, be modified, pursuant to 18 U.S.C. § 3145(a), to allow defendant to expand his area of travel to include the Central District of California.

The parties agree that the language in condition number three (3) be modified to read as follows:

"3. Your travel is restricted to the Eastern, Central and Northern Districts of California without the prior consent of the pretrial

services officer."

The parties have conferred with the pretrial services officer, Sandra Hall, who agrees with this proposed modification.

Dated: March 26, 2007

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Matthew C. Bockmon
          _____
          MATTHEW C. BOCKMON
          Assistant Federal Defender
          Attorney for Defendant
          DOUGLAS OBERMAN

Dated: March 26, 2007          MCGREGOR W. SCOTT
          United States Attorney

          /s/ Matthew C. Bockmon for
          _____
          JASON HITT
          Assistant U.S. Attorney
          per telephonic authority

**O R D E R**

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated:  March 26, 2007.

_____
EDMUND F. BRENNAN
United States Magistrate Judge