```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814                    OK/HAV
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DOUGLAS OBERMAN

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) NO. CR-S-06-512 DFL
                                   )
12                  Plaintiff,     ) STIPULATION AND ORDER CONTINUING
                                   ) STATUS CONFERENCE
13       v.                        )
                                   ) Date:  June 7, 2007
14  WESLEY OBERMAM, and            ) Time:  10:00 a.m.
    DOUGLAS OBERMAN,               ) Judge: The Hon. David F. Levi
15                                 )
                    Defendants.    )
16                                 )
    _____)
17
```

18     IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant

19  United States Attorney, attorney for plaintiff, Hayes H. Gable,

20  attorney for defendant WESLEY OBERMAN, and Matthew C. Bockmon, attorney

21  for defendant DOUGLAS OBERMAN, that the current Status Conference date

22  of May 10, 2007, be vacated, and that a new Status Conference date of

23  June 7, 2007, at 10:00 a.m. be set. This continuance is necessary

24  because defense counsel for defendant Douglas Oberman is not available

25  and because of on-going defense investigation and plea negotiations.

26     IT IS FURTHER STIPULATED that the period from May 10, 2007 through

27  and including June 7, 2007, should be excluded pursuant to

28  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and to give defense counsel reasonable time to prepare.

Dated: May 9, 2007

                                                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
DOUGLAS OBERMAN

Dated: May 9, 2007                       /s/ Hayes H. Gable
HAYES H. GABLE
Attorney at Law
Attorney for Defendant
WESLEY OBERMAN

Dated: May 9, 2007                       MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
JASON HITT
Assistant U.S. Attorney
per telephonic authority

O R D E R

IT IS SO ORDERED.

Dated: May 10, 2007

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

Stip & Order                    2