DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DOUGLAS OBERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-512 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | BRIEFING SCHEDULE |
| v. ) | |
| ) | Date: June 24, 2008 |
| WESLEY OBERMAM, and ) | Time: 9:00 a.m. |
| DOUGLAS OBERMAN, ) | Judge: The Hon. D. Lowell Jensen |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, Hayes H. Gable, attorney for defendant WESLEY OBERMAN, and Matthew C. Bockmon, attorney for defendant DOUGLAS OBERMAN, that the parties agree to the following amended briefing schedule:

   Defendants' motions due                May 2, 2008
   Government response due                June 6, 2008
   Defendants' replies due                June 20, 2008

   A status conference regarding the need for an evidentiary hearing shall be heard on June 24, 2008, at 9:00 a.m., or as set by the Court.
   The defense needs additional time for investigation and

1  preparation of detailed offers of proof regarding possible motions to
2  suppress evidence and statements.  Counsel for defendants also need to
3  receive and review defendants' audio-taped confessions.
4       IT IS FURTHER STIPULATED that the period from April 1, 2008,
5  through and including June 24, 2008, should be excluded pursuant to
6  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
7  counsel and to give defense counsel reasonable time to prepare.
8  Dated: March 31, 2008          Respectfully submitted,
9                                 DANIEL J. BRODERICK
                                   Federal Defender
10
                                   /s/ Matthew C. Bockmon
11                                 _____
                                   MATTHEW C. BOCKMON
12                                 Assistant Federal Defender
                                   Attorney for Defendant
13                                 DOUGLAS OBERMAN

14
   Dated:  March 31, 2008          /s/ Hayes H. Gable
15                                 HAYES H. GABLE
                                   Attorney at Law
16                                 Attorney for Defendant
                                   WESLEY OBERMAN
17

18
   Dated:  March 31, 2008         MCGREGOR W. SCOTT
19                                United States Attorney

20                                /s/ Matthew C. Bockmon for
21                                _____
                                  JASON HITT
                                  Assistant U.S. Attorney
22                                per telephonic authority

23
                                O R D E R
24
   IT IS SO ORDERED.
25

26  Dated: 03/31/2008_____

27                                /s/ D. Lowell Jensen
                                  D. LOWELL JENSEN
28                                United States District Judge

Stip & Order                       2