```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DOUGLAS OBERMAN

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  NO. CR-S-06-512 JAM
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )  Date: August 12, 2008
15  WESLEY OBERMAM, and          )  Time: 8:30 a.m.
    DOUGLAS OBERMAN,             )  Judge: John A. Mendez
16                               )
                Defendants.      )
17                               )
    _____)
18
```

19     IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant

20  United States Attorney, attorney for plaintiff, Hayes H. Gable,

21  attorney for defendant WESLEY OBERMAN, and Matthew C. Bockmon, attorney

22  for defendant DOUGLAS OBERMAN, that the current Status Conference date

23  of August 12, 2008, be vacated, and that a new Status Conference date

24  of September 9, 2008, at 9:30 a.m. be set. This continuance is

25  necessary because counsel for plaintiff and defendants are not

26  available and also because plaintiff's counsel is planning to supercede

27  indictment as to defendant Wesley Oberman.

28     IT IS FURTHER STIPULATED that the period from August 12, 2008

through and including September 9, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and to give defense counsel reasonable time to prepare.

Dated: August 11, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
Federal Defender

/s/ Hayes H. Gable for
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
DOUGLAS OBERMAN

Dated:  August 11, 2008          /s/ Hayes H. Gable
                                 HAYES H. GABLE
                                 Attorney at Law
                                 Attorney for Defendant
                                 WESLEY OBERMAN

Dated:  August 11, 2008          MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Hayes H. Gable for
                                 _____
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: August 11, 2008

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge