1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   DOUGLAS OBERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-06-512 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE** |
| v. | ) |
| | ) Date: November 25, 2008 |
| WESLEY OBERMAM, and | ) Time: 9:30 a.m. |
| DOUGLAS OBERMAN, | ) Judge: John A. Mendez |
| Defendants. | ) |

    IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, Hayes H. Gable, attorney for defendant WESLEY OBERMAN, and Matthew C. Bockmon, attorney for defendant DOUGLAS OBERMAN, that the current Status Conference date of November 25, 2008, be vacated, and that a new Status Conference date of January 13, 2009, at 9:30 a.m. be set.  This continuance is necessary due to on-going defense investigation and plea negotiations.

    IT IS FURTHER STIPULATED that the period from November 25, 2008 through and including January 13, 2009, should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and to give defense counsel reasonable time to prepare.

Dated: November 24, 2008

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ *Matthew C. Bockmon*
          _____
          MATTHEW C. BOCKMON
          Assistant Federal Defender
          Attorney for Defendant
          DOUGLAS OBERMAN

Dated: November 24, 2008      /s/ *Matthew C. Bockmon for*
          HAYES H. GABLE
          Attorney at Law
          Attorney for Defendant
          WESLEY OBERMAN

Dated: November 24, 2008      MCGREGOR W. SCOTT
          United States Attorney

          /s/ *Matthew C. Bockmon for*
          _____
          JASON HITT
          Assistant U.S. Attorney
          per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: _11/24/2008_____

          /s/ John A. Mendez
          _____
          HON. JOHN A. MENDEZ
          United States District Judge