```
LAWRENCE G. BROWN
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-0512 JAM |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANT DOUGLAS OBERMAN AND ORDER |
| v. | |
| DOUGLAS OBERMAN, | [FED. R. CRIM. P. 48(a)] |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the indictment against defendant Douglas OBERMAN pursuant to Federal Rule of Criminal Procedure 48(a). This motion is based upon the defendant's entry of a guilty plea to a misdemeanor charge on or about November 3, 2009.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Based upon this motion, the undersigned respectfully requests that the Court dismiss the pending counts of the Indictment against defendant Douglas OBERMAN in Case No. 2:06-cr-0512 JAM in the interests of justice pursuant to Rule 48(a).

                                      Respectfully Submitted,

                                      LAWRENCE G. BROWN
                                      United States Attorney

DATED: November 10, 2009         By:/s/Jason Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The pending counts of the Indictment against defendant Douglas OBERMAN in Case No. 2:06-cr-0512 JAM are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: _11/10/2009_____/s/ John A. Mendez_____

                              JOHN A. MENDEZ
                              United States District Judge